David K. Gottlieb
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, CA  91403-2201
Telephone: (818) 325-8441
Facsimile: (818) 501-7040

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:10-BK-17424-MT |
| | ) Chapter 7 |
| ISSA TEWFIQ AGHABI | ) |
| RUTHY AGHABI | ) |
| | ) **NOTICE OF UNCLAIMED** |
| | ) **DIVIDENDS** |
| | ) **3011** |
| Debtor. | ) |
| | ) |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY**

**COURT:**

Please find annexed hereto Check No. 1019 in the sum of $1,565.57 representing the total

amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in

the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s),

address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

/ / /

/ / /

/ / /

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---------|----------------------------|--------------|-----------------|
| 00009 | Sequoia Financial Svcs.<br>500 North Brand Blvd.,<br>Glendale, CA 91203 | $5,145.00 | $874.57 |
| 000011 | Capital Recovery III, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131. | 2,042.66 | 347.22 |
| 000014 | Cavary Portfolio SVCS LLC<br>500 Summit Lake Dr., Ste. 400<br>Valhalla, NY 10595 | 2,022.37 | 343.78 |
| | | *Total Unclaimed Dividends:* | $1,565.77 |

Dated: August __30__, 2011

David K. Gottlieb
Chapter 7 Trustee

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

DAVID K. GOTTLIEB
CHAPTER 7 TRUSTEE
15233 VENTURA BLVD., 9TH FLOOR
SHERMAN OAKS, CA 91403-2201

Bank of America, N.A.
CUSTOMER CONNECTION

Claim 000009, Payment 16.9984%

CHECK NUMBER
**1019**

| DATE | AMOUNT |
|------|--------|
| 08/29/11 | *******1,565.57 |

PAY TO THE ORDER OF

| CASE NUMBER | DEBTOR |
|-------------|--------|
| 1:10-BK-17424   MT | AGHABI, ISSA TEWFIQ AGHABI, RUTHY |

UNITED STATES BANKRUPTCY COURT
ATTN: FISCAL DEPT.
255 E. TEMPLE STREET, ROOM 1067
LOS ANGELES, CA  90012

*One Thousand Five Hundred Sixty Five Dollars And 57/100*

David K. Gottlieb, Chapter 7 Trustee
Void After 90 Days

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈"001019"⑆ ⑆:111000012⑆: 4437575450"

---

| Date: 08/29/11 | Check Number:  1019 | | Amount:  1,565.57 |
|---|---|---|---|

Debtor Name: AGHABI, ISSA TEWFIQ
Case Number: 1:10-BK-17424
SSN: 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

| Paid To: | UNITED STATES BANKRUPTCY COURT ATTN: FISCAL DEPT. 255 E. TEMPLE STREET, ROOM 1067 LOS ANGELES, CA  90012 | DAVID K. GOTTLIEB CHAPTER 7 TRUSTEE 15233 VENTURA BLVD., 9TH FLOOR SHERMAN OAKS, CA 91403-2201 |
|---|---|---|

Description:   Claim 000009, Payment 16.9984%

Bank Account Number:   4437575450

---

| Date: 08/29/11 | Check Number:  1019 | | Amount:  1,565.57 |
|---|---|---|---|

Debtor Name: AGHABI, ISSA TEWFIQ
Case Number: 1:10-BK-17424
SSN: 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

| Paid To: | UNITED STATES BANKRUPTCY COURT ATTN: FISCAL DEPT. 255 E. TEMPLE STREET, ROOM 1067 LOS ANGELES, CA  90012 | DAVID K. GOTTLIEB CHAPTER 7 TRUSTEE 15233 VENTURA BLVD., 9TH FLOOR SHERMAN OAKS, CA 91403-2201 |
|---|---|---|

Description:    Claim 000009, Payment 16.9984%

Bank Account Number:  4437575450